# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA BROWN, a/k/a, SHAWNA WILLIAMS,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>ROOSEVELT VISION,<br><br>Garnishee. | Case No. 2:21-mc-00029-RSL<br><br>(2:14-CR-00251-1)<br><br>**Agreed Continuing Garnishment Order** |

A Writ of Continuing Garnishment directed to Garnishee, Roosevelt Vision has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Roosevelt Vision, filed an Answer on March 27, 2021, stating that at the time of the service of the Writ, Defendant/Judgment Debtor

AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:21-mc-00029-RSL; 2:14-CR-00251-1 ) – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Shawna Brown a/k/a Shawna Williams (Ms. Brown) was an active employee who was paid twice monthly. Dkt. no. 6.

After notification of the garnishment proceeding was mailed to the parties on or about March 18, 2021, Ms. Brown has not filed an objection or request for hearing. Ms. Brown did, however, informally request that the United States reduce the garnishment rate.

On June 22, 2021, the United States filed an Agreed Motion for Continuing Garnishment Order, stating that it had agreed with Ms. Brown to request a reduced garnishment rate of fifteen percent of her disposable earnings at Roosevelt Vision. The United States attached a jointly presented Agreed Continuing Garnishment Order to that effect.

IT IS THEREFORE ORDERED as follows:

(1) That Garnishee Roosevelt Vision shall pay to the Court all monies it has withheld from Ms. Brown's paychecks to date under the Writ of Garnishment;

(2) That from this date forward, Roosevelt Vision shall withhold and pay to the Court only fifteen percent of the disposable earnings payable to Ms. Brown upon each period of time when Ms. Brown is entitled to receive such funds, and shall continue such payments, if any, until Ms. Brown's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Brown, or until further order of this Court;

AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:21-mc-00029-RSL; 2:14-CR-00251-1 ) – 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(3) That Garnishee Roosevelt Vision shall pay to the Court the entire amount (less any federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from Ms. Brown's 401(k) or any other retirement account in Roosevelt Vision's possession, custody, or control, in which Ms. Brown maintains a vested interest and is presently eligible to withdraw, or becomes eligible to withdraw;

That the Court shall apply all such payments to Ms. Brown's outstanding obligation in Case No. 2:14-CR-00251-1; and

That the payments shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:14-CR-00251-1 and 2:21-MC-00029-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 23rd day of June, 2021.

*signature*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ *Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

s/ *Terry Kellogg* (per e-mail authorization)
TERRY KELLOGG, WSBA # 6452
Attorney for Defendant/Judgment Debtor

AGREED CONTINUING GARNISHMENT ORDER
Nos. 2:21-mc-00029-RSL; 2:14-CR-00251-1 ) – 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970